IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                            CIVIL ACTION NO. 3:23cv362-MPM-RP

CASSANDRA PATTERSON                                            DEFENDANT

## CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting

through the United States Department of Justice and on behalf of the United States Small

Business Administration ("SBA") (collectively the "United States"), and Defendant

Cassandra Patterson. Based on the certified financial information provided by Defendant,

and in recognition of her cooperation with the United States' investigation, the parties

stipulate and consent to the entry of judgment in favor of the United States of America

against Defendant Cassandra Patterson in the sum of $55,145.12 (which specifically

includes $50,145.12 for the Payroll Protection Program loan (loan number 5676338804 and

2998079009 ) and $5,000.00 for bank processing fees), plus $402.00 for the court filing fee.

Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and

shall be computed daily and compounded annually until paid in full, but without costs to

either party. Defendant Cassandra Patterson agrees that the sum owed, $55,145.12, plus

interest, is due and payable in full immediately. Defendant also agrees to pay a separate

$402.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

Provided, however, execution shall not issue upon this judgment as long as

Defendant Cassandra Patterson pays to the Department of Justice, through the United

States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon

minimum monthly payment each and every month until this judgment is satisfied. The

amount of this payment shall be subject to review and modification not less than annually.

This debt shall also be included in the Treasury Offset Program so that any federal monies

owed to Defendant Cassandra Patterson will be credited to her outstanding debt.

This case is CLOSED.

IT IS SO ORDERED this the _6th_ day of _November_, 2023.

_____
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

Clay Joyner
United States Attorney

_____
J. Harland Webster (MSB #102458)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
t: 662.234.3351
e: joseph.webster@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
Cassandra Patterson – *Pro se* defendant